MARCOS D. SASSO (SBN 228905)
sassom@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350

Attorneys for Defendant
  CITIBANK, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TUPAC,<br><br>                    Plaintiff,<br><br>     v.<br><br>CITIBANK, N.A., and DOES 1-10, inclusive<br><br>                    Defendant. | CASE NO.<br><br>**NOTICE OF REMOVAL**<br><br>(Pursuant to 28 U.S.C. § 1331 – Federal Question) |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. Sections 1331, 1441(a), and 1446, defendant Citibank, N.A. ("Citibank") hereby removes the action entitled *Michael Tupac v. Citibank, N.A.*, Superior Court of the State of California for the County of Los Angeles, Case No. BC717541 (the "Action"), to the United States District Court for the Central District of California on the following grounds:

1. <u>Removal Is Timely</u>.  The Complaint was received and served on Citibank on August 16, 2018.  Citibank has timely filed this Notice of Removal pursuant to 28 U.S.C. § 1446(b) because it has filed it within 30 days of receipt and service of the Complaint, and within one year after "commencement of the action" in state court.  Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process and pleadings in the Action and received by Citibank are attached as Exhibit A.  On September 14, 2018, Citibank filed its Answer and Affirmative Defenses in the Action.  A copy of the Answer is attached hereto as Exhibit B.

2. <u>This Court Has Removal Jurisdiction Over This Action</u>.  The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one that Citibank may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) in that Plaintiff alleges violations of the federal Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* (the "TCPA") (*see* Compl., ¶¶ 22-27), a claim that is created by, and arises under, federal law.  *See Mims v. Arrow Fin. Servs., LLC*, 132 S. Ct. 740, 748 (2012) (holding that the TCPA's permissive grant of jurisdiction to state courts does not deprive the United States district courts of federal-question jurisdiction over private TCPA suits, and that a TCPA claim, "in 28 U.S.C. § 1331's words, plainly 'aris[es] under' the 'laws ... of the United States'").  To the extent any other claims in the Action arise under state law, including the California Rosenthal Fair Debt Collection Practices Act, Cal.

Civ. Code § 1788, *et seq*., supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. §§ 1367 and 1441(c).

  3. <u>Proper Jurisdiction</u>.  This Court is the proper district court for removal because the Superior Court of the State of California for the County of Los Angeles is located within the United States District Court for the Central District of California.

  4. <u>Notice Has Been Effected</u>.  Citibank concurrently is filing a copy of this Notice of Removal of Action with the Superior Court of the State of California for the County of Los Angeles.  Citibank will concurrently serve Plaintiff with copies of this Notice of Removal and the Notice filed in the Action.

Dated: September 17, 2018   BALLARD SPAHR, LLP
            MARCOS D. SASSO

           By: */s/ Marcos D. Sasso*
             Marcos D. Sasso

           Attorneys for Defendant
            CITIBANK, N.A.